IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

vs.                                                                          CASE NO. 1:06CR40-MMP/AK

**WOLFGANG VON JAS,**

   Defendant.
_____/

## O R D E R

**ORDERED** pursuant to the letter received via e-mail by the U S Marshal service.

The U S Marshal shall release Defendant's Wolfgang Jas's computer to the United States or its designated agent which, was surrender pursuant to order (Doc. 14).

**DONE AND ORDERED** this **19th** day of December, 2006.

s/ A. KORNBLUM
ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE