IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00040-MP-AK

WOLFGANG VON JAS,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 23, Motion to Continue by Wolfgang Von Jas. A teleconference was held on January 4, 2007, during which the government consented to the continuance. By filing the motion, the defendant waived his speedy trial rights with regard to this continuance. As stated during the hearing, this case is hereby continued to the trial term beginning Tuesday, March 13, 2007.

**DONE AND ORDERED** this _5th_ day of January, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge