# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                                    CASE NO.  1:06-CR-40-01 MMP

WOLFGANG VON JAS

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for:  _X_ Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee,___ Bond, ___ Other (Specify) _____

By:_____Wolfgang Von Jas #20457-017_____ (Payee)
Address:   FCI Petersburg Medium
              PO Box 90043
              Petersburg, VA 23804

Receipt Number _4-4986_____  Date of Receipt ____6/23/08_____

Motion: N/A

Explanation: A review of the payment records for Mr. Jas indicates an overpayment of $25.00. According to the court dockets and financial records, Mr. Jas does not owe any additional money and should be reimbursed $25.00.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: ____s/Philip Detweiler_____
              Philip Detweiler, Financial Specialist            Date:  July 8, 2008

Referred by:_____,Deputy Clerk

## ORDER OF COURT

It is ORDERED this __9th_____ day of ___July_____, 2008, that the Clerk refund the identified funds to the payee.


 _s/Maurice M. Paul_____
 MAURICE M. PAUL, SENIOR
 UNITED STATES DISTRICT JUDGE


Adopted: 12/03/99